# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**RAMADA WORLDWIDE INC.**
            **Plaintiff,**

                    vs.                                                                       Case Number:   **07-2215**

**ROYAL HOSPITALITY INC et al.**
            **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff and against Defendants. Judgment is entered against Defendants in the following amounts: (1) recurring fees in the principal amount of $68,571.78; (2) interest on recurring fees in the amount of $17,856.96; (3) liquidated and Addendum damages in the amount of $101,000.00; (4) interest on liquidated and Addendum damages in the amount of $24,805.38;  (5) attorney fees in the amount of $31,385.60; and (6) costs in the amount of $1,004.91.  Case is terminated.

                    ENTER this 19th day of February, 2009.


                    s/Pamela E. Robinson
                    _____
                    PAMELA E. ROBINSON, CLERK

                    s/S. Johnson
                    _____
                    BY:  DEPUTY CLERK